No. 71–5350. CLARK v. ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–5351. WILKINSON v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 71–5354. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.